Walter O'Cheskey
Chapter 13 Trustee
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:

RONALD GENE WILSON

CASE NO: 07-70096-HDH-13
HEARING DATE:  2/17/2010
HEARING TIME:   11:00 AM

## TRUSTEE'S MOTION TO DISMISS

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, and files this Trustee's Motion to Dismiss in accordance with 11 U.S.C. 1307(c), Rule 9014, Rule 1017(f)(1), and General Order 2009-03 and would respectively show unto to the Court as follows:

   Debtor has failed to provide the following ;

   Treatment on amended IRS claim.

WHEREFORE, the Trustee prays that this Chapter 13 case be dismissed per 11 U.S.C. 1307(c).

Respectfully submitted,

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

## IMPORTANT NOTICE

A HEARING WILL BE HELD 2/17/2010 AT 11:00 AM AT THE FOLLOWING ADDRESS:

VIDEO: US COURTHOUSE ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

A PRE-HEARING CONFERENCE SHALL BE HELD AT THE SAME LOCATION AT 08:30 AM  ALL PARTIES ARE REQUIRED TO ATTEND THE PREHEARING CONFERENCE.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Dismiss was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

RONALD GENE WILSON 810 SUGARBUSH LN  BURKBURNETT TX 76354

MONTE J WHITE ATTORNEY AT LAW 1106 BROOK AVE HAMILTON PLACE WICHITA FALLS TX 76301

WILLIAM T NEARY UNITED STATES TRUSTEE 1100 COMMERCE STREET RM 976 DALLAS TX 75242

ASCENSION CAPITAL GROUP PO BOX 201347  ARLINGTON TX 76006

EDDIE R JIMENEZ ESQ C/O PITE DUNCAN LLP PO BOX 12289; 525 E MAIN SE EL CAJON CA 92022

Date:    1/27/2010

/s/ Walter O'Cheskey

_____
Walter O'Cheskey
Chapter 13 Trustee